

# Fourth Court of Appeals
## San Antonio, Texas

March 27, 2015

No. 04-15-00158-CV

Sandy **SCHIREL,**
Appellant

v.

Charles G. **TATE,**
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2015CV000835
Honorable Jason Wolff, Judge Presiding

# O R D E R

Sitting:     Karen Angelini, Justice
             Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice

Appellant's Emergency Motion for Stay is hereby DENIED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court